Gloria Martinez-Senftner     SBN:164048
THE MARTINEZ-SENFTNER LAW FIRM
A Professional Law Corporation
Douglas Center, Suite 205
2999 Douglas Boulevard
Roseville, California 95661
Telephone     (916) 797-9907
Facsimile     (916) 797-9961

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Badwal et al. | Case Number: 2:05-cv-843 |
| Petitioner, | ORDER CONTINUING STATUS CONFERENCE |
| vs. | |
| Gill et al. | |
| Respondent. | |

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the Status Conference scheduled on August 1, 2005 be continued to <u>September 26, 2005 at 9:00 a.m.</u>

Dated:  July 25, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Page 1