1  MICHAEL M. CHING (STATE BAR NO. 209426)
   CANNATA, CHING & O'TOOLE LLP
2  Van Ness/Ellis Professional Bldg.
   899 Ellis Street
3  San Francisco, CA 94109
   Telephone: (415) 409-8900
4  Facsimile: (415) 409-8904

5  AARON R. FELDMAN (105692)
   THE FELDMAN LAW GROUP
6  2033 N. Main Street
   Walnut Creek, CA 94596
7  Telephone: (925) 932-6112
   Facsimile: (925) 932-5007
8

9  Attorneys for Defendants
   Harjit Singh Gill, Rani Kulvinger Gill,
10 AMS Homecare, Inc, a Canadian Entity;
   AMS Homecare USA, Inc, a Delaware Corporation
11

12                         UNITED STATES DISTRICT COURT
13                         EASTERN DISTRICT OF CALIFORNIA
14

15 DARSHAN BADWAL and GURINDER    )   CASE NO. 2:05-CV-00843-WBS
   BADWAL,                        )   District Judge, William B. Shubb
16                                )
                Plaintiffs,       )
17                                )   [PROPOSED] ORDER GRANTING
           v.                     )   SUBSTITUTION OF ATTORNEY
18                                )                                    /
   HARJIT SINGH GILL, individually and in )
19 his capacity as CEO of AMS HOMECARE )
   USA, INC; RANI KULVINGER GILL, )
20 individually and in her capacity as President,)
   and General Manager of AMS     )
21 HOMECARE, INC. and as President and )
   General Manager of AMS HOMECARE )
22 USA, INC; BALBIR SENGHERA,     )
   indivIdually, AMS HOMECARE, INC, A   /
23 Canadian Entity; AMS HOMECARE USA,
   INC, A Delaware Corporation
24              Defendants.
25       _____
26
27
28

Defendants AMS Homecare Inc., AMS Homecare USA, Inc., Hargit Singh Gill and Rani Kulvinder Gill (hereinafter collectively "defendants") agreed and made the following substitution of counsel to substitute former counsel, Michael M. Ching, of Cannata, Ching & O'Toole LLP (formerly Cannata & Feldman LLP) for new legal counsel, **Aaron R. Feldman, Feldman Law Group,** 2033 N. Main Street, Ste. 360, Walnut Creek, CA 94598. Having reviewed the Substitution of Attorney filed in this matter, and good cause appearing therefor,

IT IS ORDERED THAT:

(1)   Aaron R. Feldman of The Feldman Law Group be substituted into this case to represent defendants Harjit Singh Gill, Rani Kulvinger Gill, AMS Homecare, Inc. And AMS Homecare USA, Inc., for all purposes; and

(2)  Michael M. Ching of Cannata, Ching & O'Toole LLP (formerly Cannata & Feldman LLP), be substituted out of this case for all purposes.

IT IS SO ORDERED.

Dated:  May 5, 2006

CANNATA, CHING & O'TOOLE
A, CARDINAL, SAN FRANCISCO, CA 94109

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE