GLORIA P. MARTINEZ-SENFTNER 164048
THE MARTINEZ-SENFTNER LAW FIRM, P.C.
2999 Douglas Blvd.
Suite 205
Roseville, CA 95661
(916) 797-9907

Attorney for Plaintiffs
DARSHAN BADWAL and GURINDER BADWAL


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| DARSHAN BADWAL, et al., <br><br> Plaintiff, <br><br> vs. <br><br> HARJIT SINGH GILL, et al., <br><br> Defendants. | ) Case No.: 2:05CV-00843-WBS-JFM <br> ) District Judge William B. Shubb <br> ) Magistrate Judge John F. Moulds <br> ) <br> ) STIPULATION FOR DISMISSAL OF <br> ) ACTION AND ORDER THEREON <br> ) <br> ) <br> ) <br> ) |

    IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal

Rules of Civil Procedure, Rule 41(a)(1), by and between

Plaintiffs DARSNAN BADWAL and GURINDER BADWAL and all Defendants

who have appeared in this action, as follows:

    1.   This action was commenced on 4/28/05.

        2.      The action is not a class action; a receiver has

        not been appointed; and the action is not governed by any

        statute of the United States that requires an order of

the court for dismissal.

3.      That this action be dismissed with prejudice

pursuant to the terms of the settlement agreement

attached to the proposed stipulated Order and

incorporated by reference in that Order and made fully a

part of it.


Dated:  11/24/06      _/s/_____
                      GLORIA P. MARTINEZ-SENFTNER
                      Attorney for Plaintiffs


Dated:  11/24/06      _/s/_____
                      AARON R. FELDMAN
                      Attorney for Defendants


                              ORDER

    The Court has reviewed the Stipulation set forth above, and

the terms and conditions of the Settlement Agreement attached

to this Order as Exhibit "1" and incorporated in this Order as

if fully set forth in it.  Good cause appearing,

IT IS ORDERED that:

1. This matter is dismissed with prejudice;

2.      The dismissal is expressly conditioned on the terms and

   conditions of the Settlement Agreement attached to and

   incorporated in this Order;

3.      The Court retains jurisdiction of this matter for the

   purposes of taking any action needed to enforce the terms of

   the attached Settlement Agreement, which is a part of this

Order; and

4.      Each party is to bear its own costs, as provided for in

the Settlement Agreement.


Dated:  May 12, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE